*EXHIBIT A*

**CLEVELAND DIVISION OF POLICE**
**Case Information Form**

*109694*

Date Printed: 06/25/06  Time: 9:17:28  CIF#: 8706Y  ITN#: 151436CA
Correction of previously issued Serial#: _____

Court Case#: _____  Date: 6.25.06

Originating Complaint# 200600248051    Repeat Offender: Y N
Jacket Number: 001294223   Jacket Type: A  Arrest Number: 000000366098
Booking#: 2006-00057156  Booking Date: 06/23/06   Booking Time: 18:53
In Jail: Y  Where: CPU       Direct Indictment: N Y Chg: 29 25 11
CPD# 0204915   FBI#            BCI#              CCSO#

Name:        JEMISON, LOUIS, C, III
Address:     4129 E 113 ST
City/State/Zip:  CLEVELAND          OH  44109
Race: B Sex: M Age: 34   Hgt: 510   Wgt: 185 Hair: BLK  Eye: BRO
DOB:  10/17/71  SSN: 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  Birthplace:
OLN: SK654171      OLN ST:     Home Phone: 000-000-0000 Work: 000-000-0000
ALIAS:  GUNN, LOUIS,,        10/17/71

Offense Date: 6-23-06      DOA:   06/23/06  Charging Agency: CLEV

Arr. Agency Car: 414B   Originating Agency: Cleveland

Arr. Officer 1.  SLATKOVSKY 1801 D4 F Plat _____

Arr. Officer 2.
If Arresting Officer(s) from other Agency, print names/badge numbers above.

Arrest Charges:  ***********************************************************
No. Type Code      Description        Dispo Date   CTRM   CTDT     Time
----------------------------------------------------------------------------

| No. | Type | Code | Description | Dispo | Date | CTRM | CTDT | Time |
|---|---|---|---|---|---|---|---|---|
| 1 | ORC | 2925 | VIOLATION OF STATE D | CHGF | 06/25/06 | 3D | 06/26/06 | 08:30 |
| 2 | ORC | 2925.03 | DRUG TRAFFICKING | RNFC | 06/25/06 | | 00/00/00 | 00:00 |
| 3 | ORC | 2923.12 | CARRYING CONCEALED W | RNFC | 06/25/06 | | 00/00/00 | 00:00 |
| 4 | ORC | 2923.24 | POSSESSING CRIMINAL | RNFC | 06/25/06 | | 00/00/00 | 00:00 |
| 5 | MC | 683.02 | PLAYNG OF SOUND DEVI | CHGM | 06/25/06 | 3D | 06/26/06 | 08:30 |
| 6 | MC | 683.05 | REGULATNS GOVERNNG S | CHGM | 06/25/06 | 3D | 06/26/06 | 08:30 |
| 7 | MC | 435.07 | DRIVING UNDER SUSPEN | CHGM | 06/25/06 | 3D | 06/26/06 | 08:30 |

*48371/8*

RECEIVED FOR FILING

Additional Arrest Charges: N        Holders?: N Y
Ct Case Nos: 1.            2.            3.  JUL 2 5 2006
             4.            5.            6.  CLERK OF COURT CLERK
             7.            8.            9.  BY_____ DEP.

Accomplice(s):  ***********************************************************
  Name                           Jacket#  ARR(Y/N)  Warr (Y/N)
1 _____
2 _____
Addtl. Accomplices:  N

Case Drug Results: *********************************************************
                      Quantity        Unit      Type
Lab# Pending          .000
Lab#                  .000          CI068706Y       40036132
Additional Case Drugs: N

CLEVELAND DIVISION OF POLICE
Case Information Form

Date Printed:06/25/06 Time: 9:10:26  CIF#: 87-064  ITN#:151436CA
Defendant: JEMISON,LOUIS,C,III
Originating Complaint# 200600248051

Details of Offense:

ON FRI., 6-23-2006, AT APPROXIMTELY 1707 HOURS WITH IN THE CITY OF
CLEVELAND, MR. JEMISON WAS STOPPED AT E. 110 AND UNION C/W LOUD
MUSIC.  WHILE LOOKING FOR DRIVERS LICENSE THE OFFICER OBSERVED A
HANDGUN IN MR.JEMISON'S CENTER CONSOLE, MR. JEMISON THEN PRODUCED AN
ID AND WAS THENPLACED UNDER ARREST.  SEARCH/INVENTORY OF THE VEHICLE
C/W A LAWFUL ARREST 1 HANDGUN IN CENTER CONSOLE AND BAG CONTAINING
LARGE AMOUNT OF COCAINE AND CRACK IN THE TRUNK.

SENSITIVE INFORMATION - FOR USE BY PROSECUTOR'S OFFICER ONLY

VICTIM_____Phone#(___)_____Phone#(___)_____
Address_____
VICTIM_____Phone#(___)_____Phone#(___)_____
Address_____
WITNESS_____Phone#(___)_____Phone#(___)_____
Address_____
WITNESS_____Phone#(___)_____Phone#(___)_____
Address_____
OFFICER _Negron  1396_ Phone#(___)_623 5177_Phone#(___)_____
Address _Narcotics_
OFFICER _Slatkovsky 1801_ Phone#(___)623-5400_Phone#(___)_____
Address _4th District_

Prepared By: _Negron #1396_
Date: _6-25-06_ Phone#(___)623-5177_
Officer Assigned: _Negron #1596_
Prosecutor: _____

# CASE INFORMATION FORM
## CUYAHOGA COUNTY JUSTICE SYSTEM

CIF No. **8706 Y**

( ) CASE  
( ) COMMITMENT     Cris Arrest No. _____     Incident Tracking No. _____     Date **6-25-06**

Name **Jemison, Louise** _____  
_Last_     _First_     _Middle Initial_

Alias _____ Phone ( ) _____

Address _____ City _____ State _____ Zip Code _____

Race _____ Sex _____ Age _____ Height _____ Weight _____ Hair _____ Eyes _____

Drivers License # & State _____ Originator Complaint # _____

D.O.B. _____ Birthplace _____ SSN _____

Date of Offense _____ Date of Arrest _____ Orig. Agncy. _____

Arresting Agency _____ Arresting Officer(s) _____

Narcotics Lab # _____ BCI Lab Y ☐ N ☐ (Ranks/Names/Badges) _____

Submit. Agency Photo ID # _____ FBI # _____ BCI # _____ CCSO # _____

Offense _____ Revised Code # _____

Details of Offense _____
_____
_____
_____
_____

Accomplice(s) _____ Arrested ☐ Warrant ☐  
_Name (Indicate Adult / Juvenile) and CIF No._

Any Holders? No ☐ Yes ☐ _____ Repeat Offender Yes ☐ No ☐

Direct Indictment Yes ☐ No ☐ In Jail Yes ☐ No ☐ Location _____ When in Jail _____

Correction of Identification Information previously given on Serial # _____

Prepared By: _____  
Date: _____  
Officer Assigned: _____ Phone # _____

**CLERK'S COPY**

The State of Ohio
Cuyahoga County, ss.
The State of Ohio
vs.

LOUIS JEMISON

2925.11   DRUG ABUSE   A

**RECEIVED FOR FILING**

**JUN 2 6 2006**

GERALD E. FUERST
By_____Dep.

Cleveland Municipal Court
Examining Court
Charge
CASE NO. 2006CRA020479

10/07/1971

483718

Defendant arrested on a warrant founded on complaint charging said defendant

with DRUG ABUSE as therein set forth; said complaint

being made before the Clerk of this Court, by MATTHEW SLATKOVSKY 1801 on

06/25/2006

Warrant returned on 06/23/2006 by Robert C. Townsend II, Bailiff of the

Cleveland Municipal Court, with the body of said defendant that he furnish

bail for his personal appearance of the present term of the Court of Common

Pleas of Cuyahoga County on the first day of the term thereof, in the sum of

100,000 Dollars, or in default there of to stand committed.
Defendant GIVEN CREDIT for ____4____ Days in Cleveland Jail.

BILL OF COSTS
-------------

BASIC COST                              25.00   Examination Waived; Bound Over t   15.00
Commitment Paper Issued: Bound O   10.00

One hundred thousand                         TOTAL ................   50.00
State of Ohio, City of Cleveland, ss.

I, Earle B. Turner, Clerk of Cleveland Municipal Court, do hereby certify

that the foregoing is a true transcript of the proceedings of the bill of

costs had before the said cause as fully as the same appears on record.

Given under my hand and the seal of said court this date 06/26/2006

Earle B. Turner, Clerk of Cleveland Municipal Court

By_____ALC_____  Deputy Clerk of Cleveland Municipal Court

87064

# CLEVELAND MUNICIPAL COURT    EARLE B. TURNER, Clerk of Court

### STATE OF OHIO/CITY OF CLEVELAND
### VS.

39

2006CRA020479 ORG. DOCKET: JB
JENISON LOUIS                    DOB: 10/07/1971
AKA: Louis Gunn
COUNT:                           COUNTS: 1
A: 2925.11        DRUG ABUSE

## F-1

ATTORNEY NAME: _____ PHONE #: _____

STRICKEN JUN 2 6 2006

Bond
00,000
100,000 Handgun

No

COMM   JUN 2 6 2006

EGISTERED WARRANT DATE: _____

LEA:     GUILTY     NOT GUILTY     NO CONTEST

UDGE _____ CONTROL # _____

RRAIGNMENT CONTINUANCE: _____

: FG / FNG / NOLLE / DWP Fine $ _____ Days _____ Susp: _____

: FG / FNG / NOLLE / DWP Fine $ _____ Days _____ Susp: _____

: FG / FNG / NOLLE / DWP Fine $ _____ Days _____ Susp: _____

): FG / FNG / NOLLE / DWP Fine $ _____ Days _____ Susp: _____

: FG / FNG / NOLLE / DWP Fine $ _____ Days _____ Susp: _____

: FG / FNG / NOLLE / DWP Fine $ _____ Days _____ Susp: _____

**THIS FILE SHALL NOT BE TAKEN FROM THE CUSTODY OF THE CLERK WITHOUT PERMISSION OF THE COURT**

JUN 2 6 2006          0245A
$50

COMPLAINT FOR DRUG ABUSE                                      C of C 17-581 8/2004

THE STATE OF OHIO,

CUYAHOGA COUNTY, **ss**

CITY OF CLEVELAND

IN THE CLEVELAND MUNICIPAL COURT

EARLE B. TURNER
CLERK OF

The undersigned complainant, being duly sworn, states that on or about the ___23___ day of

JUNE _____ ,20 _06___ , within Cuyahoga County, Cleveland, Ohio
(county/city)

LOUIS JEMISON _____ did knowingly obtain, possess, or use a controlled substance,
(Defendant)

namely, cocaine, a Schedule II Drug.

TO WIT: DID POSSESS GREATER THAN 500 GRAMS BUT LESS THAN 1000 GRAMS OF COCAINE IN

MOTOR VEHICLE CONNECTION WITH A TRAFFIC STOP.

in violation of ___2925.11 F-1___
(ordinance/statute)

The complaint is based on statements of the Cleveland Police

OBSERVATION AND STATEMENTS OF OFFICER SLATKOVSKY 1801.

DET. NEGRON# 1396

Sworn to and subscribed in my presence this ___25___ day of ___JUNE___ ,

20 _06___ , at Cleveland, Ohio.

**Robert Triozzi**
Director of Law and Chief Prosecuting Attorney,
City of Cleveland, Ohio

By _____
Assistant Prosecutor

**EARLE B. TURNER, CLERK**
Cleveland Municipal Court

By _____
Deputy

---

B/M/34 , DOB:10-7-71 , S.S.#: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

ht :5-10 , wt : 170 , BLK/BRO

CLEVELAND
MUNICIPAL COURT

23
1801

THE STATE OF OHIO
vs
LOUIS JEMISON
4129 E. 113
CLEVELAND, OHIO 44109
216-NONE

COMPLAINT FOR

DRUG ABUSE-COCAINE 2925.11

O.R.C. Section 2925.11 F-1

F-1

Attorney

CLEVELAND MUNICIPAL COURT
STATEMENT OF FACTS

STATE OF OHIO
CITY OF CLEVELAND
      PLAINTIFF

CLEVELAND _____
JAIL

vs

JEMISON,LOUIS,C,III
DEFENDANT
STATE OF OHIO/COUNTY OF CUYAHOGA
      CITY OF CLEVELAND

CASE NO: 06CRA 20479

CHARGE 2925.11

PROBABLE CAUSE DETERMINATION

SS:

Det. Nonem #1586 , being first duly sworn according to law,
deposes and says that the probable cause that defendant committed the
offense set forth in the complaint is as follows:

ON FRI., 6-23-2006, AT APPROXIMTELY 1707 HOURS WITH IN THE CITY OF
CLEVELAND, MR. JEMISON WAS STOPPED AT E. 110 AND UNION C/W LOUD
MUSIC.  WHILE LOOKING FOR DRIVERS LICENSE THE OFFICER OBSERVED A
HANDGUN IN MR.JEMISON'S CENTER CONSOLE, MR. JEMISON THEN PRODUCED AN
ID AND WAS THENPLACED UNDER ARREST.  SEARCH/INVENTORY OF THE VEHICLE
C/W A LAWFUL ARREST 1 HANDGUN IN CENTER CONSOLE AND BAG CONTAINING
LARGE AMOUNT OF COCAINE AND CRACK IN THE TRUNK.
  The basis for this complaint is in whole or in part based upon the
following evidentiary sources and information: (__Additional Page(s)
Attached)
      CPD STATEMENTS

_____
Detective/Officer/Witness

Sworn to and signed   6.26.06
               Date

Earle B, Turner,
Cleveland Municipal Clerk of Courts

_____
Assistant Prosecutor

by: _____ M Fucco
                    Deputy Clerk

I, M Fucco , a Deputy Clerk for the Cleveland Municipal Court, on
behalf of Earle B. Turner, Cleveland Municipal Clerk of Courts, have
independently examined the above statement and its evidentiary support
thereof and find that there is a substantial basis for believing the source
of the information to be credible and believe that there is a factual basis
for the information furnished, providing probable cause to believe that an
offense, or offenses of ORC/MC 2925.11 has or
have been committed and that JEMISON,LOUIS,C,III has committed
it or them.

by: _____ M Fucco
                    Deputy Clerk
Earle B. Turner,          6/25/06
Cleveland Municipal Court              Date

## JUDICIAL REVIEW OF INFORMATION

Upon review of the Statement of Facts and/or the complaint, I find that
there:
      _____ IS probable cause at this time and the defendant is to
            remain in custody.
      _____ Is NOT probable cause at this time and the defendant is
            to be released from custody.

Judge: _____      Date: _____ Time JUN 2 6 2006

# COMMITMENT

T9F3-1

Bound over to Common Pleas Court

Case No.    2006CRA020479

THE STATE OF OHIO
CUYAHOGA COUNTY
CITY OF CLEVELAND

IN CLEVELAND MUNICIPAL COURT

To the keeper of the Jail of Cuyahoga County - GREETING:

WHEREAS,    LOUIS   JEMISON                    Date of Birth: 07-OCT-71

late of said County, has been arrested on oath of complainant charging him/her with:

A        2925.11              DRUG ABUSE

Committed on or about  Jun. 23, 2006 at Cleveland, in said County andState, he/she had
been examined before Judge  SYNENBERG of Cleveland Municipal Court, on such charges
and  complaint, and required to give bail in the sum of    100,000  Dollars, for his/her next
personal appearance forwith before the present Term of the Court of Common Pleas of Cuyahoga
County, on the first day of Criminal Term thereof, which requisition he/she has failed to comply
with.
   Therefore, in the name of the State of Ohio you are commanded to receive the said defendant in
your custody, in the jail of the county aforesaid, there to remain until he/she shall be discharged by
due course of law.

GIVEN UNDER MY HAND, and the seal of said court, this date  Jun. 26, 2006
       EARLE B. TURNER, Clerk, Cleveland Municipal Court

       By _____ , Chief Deputy Clerk

       By _____ , Judge

   Papers received by:_____

Special          CFDS-4,
Provisions:

ALL COPIES MUST BE SIGNED AND SEALED
File Copy              County Jail/House of Corrections Copy

NO.: 29
Court Date: 06/26/2006
STATE of OHIO/CITY of CLEVELAND
         -- vs --
JEMISON , LOUIS
AKA:

Docket code:      3DJAIL
Assigned to Judge:
DOB: 10/07/1971
SSN: 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

GENERATED: JUNE   26, 2006
CASE NO.: 2006CRA020479
COUNTS:  1

| Count | Charges | Short Description | Status | PNG | NGWNC | PG | Prosecutor Amends Charge | FG | FNG | NOL | DWP | Fine | Days | Suspended Fine | Days | PROB |
|-------|---------|------------------|--------|-----|-------|-----|------|-----|-----|-----|-----|------|------|------|------|------|
| A | 2725.11 | DRUG ABUSE | ACT | O | O | O | O ___ | O | O | O | O | ___ | | ___ | | O |
| | | | | O | O | O | O ___ | O | O | O | O | ___ | | ___ | | O |
| | | | | O | O | O | O ___ | O | O | O | O | ___ | | ___ | | O |
| | | | | O | O | O | O ___ | O | O | O | O | ___ | | ___ | | O |
| | | | | O | O | O | O ___ | O | O | O | O | ___ | | ___ | | O |
| | | | | O | O | O | O ___ | O | O | O | O | ___ | | ___ | | O |
| | | | | O | O | O | O ___ | O | O | O | O | ___ | | ___ | | O |

JUDGMENT ENTRY RECEIVED
FOR JOURNALIZATION
JUN 26 2006

O CAPIAS              O BF CAPIAS   O TTP CAPIAS   Ⓧ Bond Set At $ 100,000
O CAPIAS Recalled     O Bond Forfeiture Vacated   O Original Bond Reinstated
O Warrant Fee Waived  O Warrant Block Release   O Interpreter Requested   O Advise re:Atty

CONT. To: _____ At _____ M.
At:  O CODR   O COPR   O COCR   O PFS   TTP Until: _____
For: O Pretrial  O Trial  O Jury Trial   O SPW   O Final
                                          O Motion  Ⓧ Atty.
                                                    (Days)

Examination:  Ⓧ W/BO   O H/BO   O CFTS
O Demanded (code/RSW)   CONT. To: _____ At _____ A.M.

Refer to Probation:  O PFS/PSI  O SIP Screen  O SIP CO. To: _____ At _____ .M.
Probation Duration ___ MO ___ YRS   O Active   O Inactive
O CWS   O In lieu of Fine _____ Hours _____ Date
Probation Conditions _____

O ATJ  O DV [A] [C]  O MADD # ___  O SAT  O SA [A] [C]  O AA ___ x per wk.

PVH:  O Had   O Waived   O Prob. Continue Until _____   O Probation Terminated
Defendant   O Found   O Not Found   In Violation Of Probation   O SRS

Judge _____   ; DUI # ___ Within 6 years

O Found Indigent Cost Suspended      O City Cost Suspended
O Sentence Satisfied as to Cost      O Cost Partially Suspended $ ___
O Credit for Time Served             O SE (Sentence Executed)
O SS (Sentence Suspended)            O FCE (Fine & Costs Executed)
O SOE (Sentence Ordered Executed) _____ F ___ Days
                                   (This amount must be paid and/or days(s) must be served by the defendant.)
O Sentence Stayed Until _____ Mandatory Days _____

Motion To: _____
O Granted   O Denied   Pay $ _____ per day for stay

O Trial Had          O Jury Sworn      O Jury Waived / Form Signed
O Trial in Progress  O CONT. To: _____ At _____ .M.

Ohio Driver's License Suspended from Date of Arrest _____ or
   From _____ To _____
Immobilization _____ Days   O Vehicle Forfeited
O ALS Term.   O CFRL   O FRNS   O ODPG   O ALS Appeal

Notes: _____ handgun _____
_____
_____

CLEVELAND DIVISION OF POLICE
Case Information Form

Date Printed:06/25/06 Time: 9:17:28  CIF#:  8706Y    ITN#:151436CA
Correction of previously issued Serial#:_____

Court Case#: _____        Date: 6.25.06

Originating Complaint# 200600248051      Repeat Offender: Y  N
Jacket Number:001294223   Jacket Type: A  Arrest Number: 000000366098
Booking#: 2006-00057156  Booking Date: 06/23/06   Booking Time:18:53
In Jail: Y  Where:CPU          Direct Indictment: N Y Chg: 29.25.11 _ _
CPD# 0204915  FBI#              BCI#              CCSO#

Name:        JEMISON,LOUIS,C,III
Address:     4129 E 113 ST
City/State/Zip:  CLEVELAND            OH  44109
Race:  B Sex:  M Age:  34   Hgt: 510   Wgt: 185 Hair: BLK  Eye: BRO
DOB:  10/17/71  SSN: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   Birthplace:
OLN:SK654171        OLN ST:      Home Phone:000-000-0000 Work:000-000-0000
ALIAS:   GUNN,LOUIS,,       10/17/71

Offense Date: 6-23.06        DOA:  06/23/06  Charging Agency:CLEV

Arr. Agency Car:414B   Originating Agency:____Cleveland_____

Arr. Officer 1.  SLATKOVSKY  1801 D4 F Plat      _____

Arr. Officer 2.                                 _____
If Arresting Officer(s) from other Agency, print names/badge numbers above.

Arrest Charges: *****************************************************
No. Type Code        Description        Dispo Date    CTRM   CTDT     Time
-----------------------------------------------------------------------
1   ORC 2925      VIOLATION OF STATE D CHGF  06/25/06   3D    06/26/06 08:30
2   ORC 2925.03   DRUG TRAFFICKING     RNFC  06/25/06         00/00/00 00:00
3   ORC 2923.12   CARRYING CONCEALED W RNFC  06/25/06         00/00/00 00:00
4   ORC 2923.24   POSSESSING CRIMINAL  RNFC  06/25/06         00/00/00 00:00
5   MC 683.02     PLAYNG OF SOUND DEVI CHGM  06/25/06   3D    06/26/06 08:30
6   MC 683.05     REGULATNS GOVERNNG S CHGM  06/25/06   3D    06/26/06 08:30
7   MC 435.07     DRIVING UNDER SUSPEN CHGM  06/25/06   3D    06/26/06 08:30

Additional Arrest Charges: N        Holders?: N Y  _____
  Ct Case Nos: 1.          2.              3.
             4.          5.              6.
             7.          8.              9.

Accomplice(s): *****************************************************
  Name                      Jacket#  ARR(Y/N)  Warr (Y/N)
1 _____   __       ____
2 _____   __       ____
Addtl. Accomplices:  N

Case Drug Results:*************************************************
                   Quantity       Unit       Type
Lab# Pending         .000
Lab#                 .000
Additional Case Drugs: N

CLEVELAND DIVISION OF POLICE
Case Information Form

Date Printed:06/25/06 Time: 9:10:26  CIF#: 87-064  ITN#:151436CA
Defendant: JEMISON,LOUIS,C,III
Originating Complaint# 200600248051

Details of Offense:
_____

ON FRI., 6-23-2006, AT APPROXIMTELY 1707 HOURS WITH IN THE CITY OF

CLEVELAND, MR. JEMISON WAS STOPPED AT E. 110 AND UNION C/W LOUD

MUSIC.  WHILE LOOKING FOR DRIVERS LICENSE THE OFFICER OBSERVED A

HANDGUN IN MR. JEMISON'S CENTER CONSOLE, MR. JEMISON THEN PRODUCED AN

ID AND WAS THENPLACED UNDER ARREST.  SEARCH/INVENTORY OF THE VEHICLE

C/W A LAWFUL ARREST 1 HANDGUN IN CENTER CONSOLE AND BAG CONTAINING

LARGE AMOUNT OF COCAINE AND CRACK IN THE TRUNK.


SENSITIVE INFORMATION - FOR USE BY PROSECUTOR'S OFFICER ONLY

VICTIM_____Phone#(___)_____Phone#(___)_____
Address_____
VICTIM_____Phone#(___)_____Phone#(___)_____
Address_____
WITNESS_____Phone#(___)_____Phone#(___)_____
Address_____
WITNESS_____Phone#(___)_____Phone#(___)_____
Address_____
OFFICER_Negron  1396_Phone#(___)623-5177Phone#(___)_____
Address_____Narcotics_____
OFFICER_Slatkowsky 1801_Phone#(___)623-5460Phone#(___)_____
Address_____4th District_____

Prepared By:     Negron #1396
Date:            6-25-06  Phone#(___)623-5177
Officer Assigned:   Negron #1596
Prosecutor:

# PERSONAL HISTORY REPORT

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| 1. Title | 2. File Number | 3. Program Code |
|---|---|---|
| JEMISON, Louis | 18-06-0113 | |
| | 4. Group No. | 5. G-DEP ID | 6. Date Prepared |
| | | WGCED | 08-11-2006 |

**7. PURPOSE OF SUBMISSION:** ☒ G-DEP DESCRIPTION ☒ ARREST ☐ FUGITIVE DECLARATION ☐ FUGITIVE CANCELLATION

| 8. Subject Name (Last, First, Middle) | 8a. Arrest No. | 9. Qualitative Characterization | 10. Date of Birth (MM-DD-YYYY) |
|---|---|---|---|
| JEMISON, Louis | 2006181626 | AD | 10-17-1971 |
| 11a. Alias Name | | 11b. Priority Target ☐ YES ☒ NO | 12. Alternate Date of Birth |

| 13. NADDIS No. | 14. FBI No. | 15. Social Security No. | 16. Misc. Numbers (e.g., TECS; DRUG-X; Registrant; CSS No., etc.) |
|---|---|---|---|
| Negative | 308475MA7 | 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 | |

| 17. Place of Birth (City, State/Country) | 18. Citizenship (Country) | 19. Alien Status ☐ Illegal |
|---|---|---|
| Cleveland,Ohio/USA | USA | ☐ Legal (Alien Registration No.) |

| 20. Race | 21. Ethnicity | 22. Sex | 23. Color Hair | 24. Height |
|---|---|---|---|---|
| ☒ Black ☐ Asian-Pacific Islander | ☐ Hispanic | ☒ Male | Black | 5' 10" |
| ☐ White | ☒ Non-Hispanic | | 25. Color Eyes | 26. Weight |
| ☐ Native American ☐ Unknown | ☐ Unknown | ☐ Female | Brown | 185 lbs. |

27. Address (No., Street, Unit, City, State/Country, Zip Code)
10706 Edge Park Avenue
Garfield Heights
Ohio

28. Identifying Characteristics (Scars, tattoos, marks, physical defects, etc.)

29. Telephone Number (Include Area Code)

30. Occupation

31. Employer Name and Address

32. Employer Telephone Number (Include Area Code)

| 33. Passport No. | 34. Issue Date | 35. Issuing Country | 36. Expiration Date | 37. Name on Passport |
|---|---|---|---|---|
| | | | | |

| 38. Driver's License No. | 39. Issuing State/Country | 40. Expiration Date | 41. Name on License |
|---|---|---|---|
| SK654171 | Ohio/USA | 10-17-2008 | LOUIS JEMISON III |

| 42a. FAMILY INFORMATION (Last, First, Middle Name) | b. Age | c. Address (No. Street, Unit, City, State/Country) & Phone No. |
|---|---|---|
| Father | | |
| Mother | | |
| ☐ Spouse ☐ Companion ☐ Paramour | | |
| Children | | |
| Other Relatives (Relationship) | | |

| 43a. Source of Supply (Name) | 44a. Criminal Associates (Use Remarks Section to Add Other Names) | 44b. NADDIS Nos. |
|---|---|---|
| 43b. NADDIS No. | | |

## I. G-DEP DESCRIPTION (Complete for all G-DEP and Arrest Submissions.) Agents Manual 622

| 45. Submission: | 46. Subject's Principal Controlled Substance / Commodity |
|---|---|
| ☒ Final | Use Letter-Number Code: G3 |

File Title JEMISON, Louis                                    File Number 16-06-115

## I. ARREST (Complete for all Arrest Submissions) Agents Manual 6641

| 47. Type of Arrest | 48. Date of Arrest | 50. PLACE OF ARREST | | |
|---|---|---|---|---|
| ☐ Probable Cause | 08-31-2006 | a. City | b. County | c. State or Country |
| ☒ Warrant | 49. Arresting Agency | Cleveland | Cuyahoga | Ohio/USA |
| ☐ Fugitive | DEATF | | | |

| 51. Armed at Arrest | 52. If Armed (Enter Number of Weapons by Type) | | | | | | 53. Type of Violation Charged? (Possession, Sale, Conspiracy, etc.) |
|---|---|---|---|---|---|---|---|
| | TYPE | Handgun | Shotgun | Rifle | Lethal Cutting Instrument | Other Weapon | Possession With Intent |
| ☐ Yes | Semi-Auto | | | | | | 54. Major Drug Charged? (Heroin, Cocaine, etc.) |
| ☒ No | Full Auto | | | | | | Cocaine HCL |
| | Other | | | | | | |

## III. FUGITIVE DECLARATION  (Complete if Defendant Not Arrested within 7 days of the issuance of the Arrest Warrant.)

| 55.Type of Declaration | 56. Apprehension Responsibility | 57. NCIC Number | 58. USMS Office Holding Warrant (City & State) |
|---|---|---|---|
| ☐ Original DEA Arrest Warrant | ☐ DEA | | |
| ☐ Post Arraignment (Failure to Appear; Bond Default) | ☐ USMS (Date Delegated) : - - | 59. Court Docket Number | 60. Name of Judge or Magistrate |
| ☐ Post Conviction | | | |
| 61. Date & Judicial District of Issue | | 62. DEA Agent Contact (Name and Phone Number with Area Code) | |

| 63 Type of Violation Charged (possession, sale, etc.) | 64. U.S. Code (Title & Section) | 65. Armed at Arrest ☐ Yes ☐ No | 66. Should be considered armed & dangerous ☐ Yes ☐ No |
|---|---|---|---|
| 67. Basis for Other Caution (state basis) | 68. Interpol Notice ☐ Yes ☐ No | | 69. DEA Website ☐ Yes ☐ No |

**70. REMARKS**

1. On August 30, 2006 Louis JEMISON III was arrested by S/A Lee Lucas and TFO Jamaal Ansari on a Federal Arrest Warrant. JEMISON had been indicted by the Federal Gran Jury on August 22, 2006 for Possession With Intent to Distribute 500 grams or more of Cocaine HCL, Possession With Intent to Distribute 5 grams or more of Cocaine Base, and Possession In and Affecting Interstate Commerce for Ammunition. JEMISON was transported to the USMS for processing, booking and housing.

| 71. Submitted by: Agent/Officer Name (Print or Type) | 72. Signature | 73. Date |
|---|---|---|
| TFO Jamaal Ansari | | |
| 74. Co-Agent/Officer Name (Print or type) | 75. Signature | 76. Date |
| S/A Robert Cross | | |
| 77. Approved by: Supervisor (Print or type) | 78. Signature | 79. Date |
| S/A Lee Lucas | | |

Read Instructions on Reverse
before completing.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | |
|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample | | | |
| ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | | |
| ☐ Internal Body Carry ☐ Other (Specify) | | | |

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| I8-06-0113 | | WGC3D |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED |
|---|---|
| Cleveland, Ohio/USA | 06/23/2006 |

5. FILE TITLE
JEMISON, Louis

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL |
|---|---|
| | ☐ Case No. OR ☐ Seizure No. |
| | No. |

| 7. DATE PREPARED | 8. GROUP NO. |
|---|---|
| 08/13/2006 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | Cocaine HCL | off white powdery substance in clear plastic DEAL#2006I801726 | 688.37 | | 0 |
| 2 | | Cocaine Base | off white crystalline substance in clear plastic DEAL#2006I801725 | 36.60 | | 0 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?  ☒ NO (included above)  ☐ YES (If Yes, enter exhibit no. and describe original container fully)

REMARKS:
*************************INFORMATION ONLY*************************
On 06/23/06 Louis JEMISON was arrested by the CPD Basic Patrol for a Municipal Noise Violation and Driving Under Suspension. A search of JEMISON' vehicle incidental to arrest revealed Exhibit 1 and 2 which were seized by the Cleveland Police Department and are being maintained by the CPD Narcotic Unit for analysis and safekeeping.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| FO Jamaal A. Ansari | SVA Leo Lucas |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |

## LABORATORY REPORT

ANALYSIS SUMMARY AND REMARKS

| Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |
| | | | | | | | |

| ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | Page 1 of 3 | |
|---|---|---|---|
| 1. Program Code | 2. Cross File    Related Files | 3. File No.    I8-06-0113 | 4. G-DEP identifier    WGC3D |
| 5. By: TFO Jamaal Ansari    At: Cleveland, R.O. | ☐ ☐ ☐ ☐ | 6. File Title JEMISON, Louis | |
| 7. ☐ Closed ☐ Requested Action Completed    ☐ Action Requested By: | ☐ | 8. Date Prepared    08/13/06 | |
| 9. Other Officers: S/A Joseph Harper, S/A Robert Cross, and Det. Elbon Negron CPD Narc. | | | |
| 10. Report Re: Summary Report arrest of Louis JEMISON | | | |

## DEFENDANTS

LOUIS JEMISON BM34
DOB: 10-17-1971
SSN: 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
OLN: SK654171 SUSPENDED
FBI #: 308475MA7
ADDRESS: 4129 East 113th Street, Cleveland, Ohio

ACTION ON DEFENDANTS   On June 23, 2006 Louis JEMISON was arrested by the
Cleveland Police Basic Patrol for Municipal Noise
Violation and Driving Under Suspension.

DATE/TIME/PLACE        June 23, 2006/16:58 p.m./East 99th Street Cleveland, OH.

CUSTODY OF EVIDENCE    Exhibit 1 688.37 grams of Cocaine HCL and Exhibit 2
36.60 grams of Cocaine Base, is being maintained by
Cleveland Police Department Narcotic Unit for
analysis and safekeeping.

| 11.  Distribution:    Division | 12. Signature (Agent)    TFO Jamaal Ansari | 13. Date |
|---|---|---|
| District | 14. Approved (Name and Title)    S/A Lee Lucas    Group Supervisor | 15. Date |
| Other | | |

| | | |
|---|---|---|
| DEA Form    - 6    (Jul. 1996)    JAA | DEA SENSITIVE    Drug Enforcement Administration    This report is the property of the Drug Enforcement Administration | |

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br><br>(Continuation) | 1. File No.<br>I8-06-0113 | 2. G-DEP Identifier<br>WGC3D |
|---|---|---|
| | 3. File Title JEMISON, Louis | |
| 4.<br>Page  2  of  3 | | |
| 5. Program Code | 6. Date Prepared<br>08/13/06 | |

**EXHIBITS**    Exhibit 1 688.37 grams of Cocaine HCL recovered From the trunk of JEMISON' vehicle; maintained in the custody of the CPD Narcotic Unit. Exhibit 2 36.60 grams of Cocaine Base, recovered from the trunk of JEMISON' vehicle, maintained in the custody of the CPD Narcotic Unit.

**JUDICIAL DISTRICT**    Cuyahoga County Common Pleas Court

**VIOLATIONS**    Ohio Revised Code 2925.03/2925.11

**DETAILS**

1.      On June 23, 2006 members of the Cleveland Police Department Basic Patrol arrested Louis JEMISON for a Loud Noise Violation. During the traffic stop JEMISON was asked for his driver's license, proof of insurance, and vehicle registration. When JEMISON opened the center console to provide his identification the officer observed a hand gun in the console. JEMISON advised the officer that he did not have a driver's license; but that he did have driving privileges. JEMISON was removed from the vehicle and placed in the police vehicle and advised that he was under arrest for driving outside the scope of his driving privileges (MUST PRESENT DOCUMENTS).

2.      A search of the vehicle incidental to JEMINSON arrest; revealed a Hi-point 9MM handgun with nine live rounds, (one round chambered), also a plastic bag with unknown prescription medication (6 Percocet-Oxycodone HCL 5 mg, Acetaminophen 325 mg). A search of the vehicle's revealed one black/grey bag with seven large bags of suspected cocaine (688.37g Cocaine HCL), and one bag with individually

**DEA SENSITIVE**
Drug Enforcement Administration

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | Page 1 of 1 | |
|---|---|---|---|---|
| 1. Program Code | 2. Cross File | Related Files | 3. File No. I8-06-0113 | 4. G-DEP Identifier WGC3D |
| 5. By: TFO Jamaal Ansari  At: Cleveland, R.O. | ☐ ☐ ☐ ☐ ☐ | | 6. File Title JEMISON, Louis | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  08/13/06 | |
| 9. Other Officers: S/A Joseph Harper, S/A Robert Cross, and Det. Elbon Negron CPD Narc. | | | | |
| 10. Report Re: Summary Report arrest of Louis JEMISON | | | | |

## DETAILS

1. On 08/10/06 TFO Jamaal Ansari was advised by members of the Cleveland Police Department Narcotic Unit; that Louis JEMISON III was involved in trafficking of large quantities of Cocaine HCL and Cocaine BASE.

2. The targets of this investigation will be JEMISON and any known or unknown co-conspirators.

## INDEXING

1. JEMISON, Louis     NADDIS: Pending

| 11. Distribution: Division | 12. Signature (Agent)   TFO Jamaal Ansari | 13. Date |
|---|---|---|
| District | 14. Approved (Name and Title)  S/A Lee Lucas  Group Supervisor | 15. Date |
| Other | | |

DEA Form    - 6
(Jul. 1996)
        JAA

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. I8-06-0113 | 2. G-DEP Identifier NGC3D |
|---|---|---|
| *(Continuation)* | 3. File Title JEMISON, Louis | |

| 4. Page  3  of  3 | |
|---|---|
| 5. Program Code | 6. Date Prepared 08/13/06 |

wrapped chunks of Crack Cocaine (Cocaine Base) 36.60g.
JEMISON also had $1,130.00 dollars in U.S. Currency. JEMISON
was issued Uniformed Traffic Ticket #889572  for (DUS)
435.07, also MMC #526009 (683.02) and 526010 (683.05).

<u>INDEXING</u>

   1. JEMISON, Louis      NADDIS: Pending

---

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration

Exhibit C

 Cuyahoga County Common Pleas 

| THE STATE OF OHIO vs. | A TRUE BILL INDICTMENT FOR |
|---|---|
| LOUIS JEMISON | DRUG TRAFFICKING R.C. 2925.03 w/cts |

| DATE OF OFFENSE | THE TERM OF | CASE NO. | COUNT |
|---|---|---|---|
| June 23, 2006 | MAY OF 2006 | CR 483718 | 1-3 |

**The State of Ohio,**
**CUYAHOGA COUNTY** } SS.

CR06483718-A     40408134

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, **IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO,** Do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully

did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution or distribute a controlled substance, to-wit:  Crack Cocaine, a Schedule II drug, in an amount equal to or exceeding twenty-five grams but less than one hundred grams, knowing or having reasonable cause to believe such drug was intended for sale or resale by the offender or another.

FIREARM SPECIFICATION - 1 YEAR (2941.141)
     The Grand Jurors further find and specify that the offender had a firearm on or about his person or under his control while committing the offense.

COUNT TWO - POSSESSION OF DRUGS R.C. 2925.11
     The Grand Jurors, on their oaths, further find that the Defendant(s) unlawfully did knowingly obtain, possess, or use a controlled substance, to-wit: Crack Cocaine, a Schedule II drug, in an amount equal to or exceeding twenty-five grams but less than one hundred grams.

FIREARM SPECIFICATION - 1 YEAR (2941.141)
     The Grand Jurors further find and specify that the offender had a firearm on or about his person or under his control while committing the offense.

COUNT THREE - DRUG TRAFFICKING R.C. 2925.03
     The Grand Jurors, on their oaths, further find that the Defendant(s) unlawfully did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution or distribute a controlled substance, to-wit:  Cocaine, a Schedule II drug, in an amount equal to or exceeding one hundred grams but less than five hundred grams, knowing or having reasonable cause to believe such drug was intended for sale or resale by the offender or another.

FIREARM SPECIFICATION - 1 YEAR (2941.141)
     The Grand Jurors further find and specify that the offender had a firearm on or about his person or under his control while committing the offense.

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

_____
Foreman of the Grand Jury

_____
Prosecuting Attorney

 Cuyahoga County Common Pleas 

| THE STATE OF OHIO | A TRUE BILL INDICTMENT FOR |
|---|---|
| VS. | |
| LOUIS JEMISON | POSSESSION OF DRUGS R.C. 2925.11 w/cts |

| DATE OF OFFENSE | THE TERM OF | CASE NO. | COUNT |
|---|---|---|---|
| June 23, 2006 | MAY OF 2006 | CR 483718 | 4-6 |

## The State of Ohio, } ss.
### CUYAHOGA COUNTY

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, **IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO**, Do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully

### COUNT FOUR - POSSESSION OF DRUGS R.C. 2925.11

The Grand Jurors, on their oaths, further find that the Defendant(s) unlawfully did knowingly obtain, possess, or use a controlled substance, to-wit: Cocaine, a Schedule II drug, in an amount equal to or exceeding one hundred grams but less than five hundred grams.

### FIREARM SPECIFICATION - 1 YEAR (2941.141)

The Grand Jurors further find and specify that the offender had a firearm on or about his person or under his control while committing the offense.

### COUNT FIVE - POSSESSING CRIMINAL TOOLS R.C. 2923.24

The Grand Jurors, on their oaths, further find that the Defendant(s) unlawfully possessed or had under his control a substance, device, instrument, or article, with purpose to use it criminally, to-wit:  money and/or cell phone and/or handbag and/or handgun, and such substance, device, instrument, or article was intended for use in the commission of a felony, in violation of Section 2923.24 of the Ohio Revised Code.

### COUNT SIX - CARRYING CONCEALED WEAPON R.C. 2923.12

The Grand Jurors, on their oaths, further find that the Defendant(s) unlawfully and knowingly carried or had concealed on his person or concealed ready at hand, a deadly weapon or dangerous ordnance, to-wit:  loaded handgun.

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

_____
Foreman of the Grand Jury

_____
Prosecuting Attorney

 **Cuyahoga County Common Pleas** 

| THE STATE OF OHIO<br>VS.<br><br>LOUIS JEMISON | A TRUE BILL INDICTMENT FOR<br><br>HAVING WEAPON WHILE UNDER DISABILITY<br>R.C. 2923.13 w/ct |
|---|---|

| DATE OF OFFENSE | THE TERM OF | CASE NO. | COUNT |
|---|---|---|---|
| June 23, 2006 | MAY OF 2006 | CR 483718 | 7-8 |

## The State of Ohio, }
### CUYAHOGA COUNTY } SS.

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, **IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO,** Do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully

### COUNT SEVEN — HAVING WEAPON WHILE UNDER DISABILITY R.C. 2923.13

The Grand Jurors, on their oaths, further find that the Defendant(s) unlawfully and knowingly acquired, had, carried, or used a firearm or dangerous ordnance while being under indictment for or having been convicted of an offense involving the illegal possession, use, sale, administration, distribution or trafficking in any drug of abuse, to-wit:  the said Louis Jemison, with counsel, on or about the 21st day of September 1999, in the Court of Common Pleas, Cuyahoga County, Ohio, Case No. CR 369282, having been convicted of the crimes of Possession of Drugs and Drug Trafficking, in violation of Revised Code Sections 2925.11 and 2925.03 of the State of Ohio and also the said Louis Jemison, with counsel, on or about the 21st day of September 1999, in the Court of Common Pleas, Cuyahoga County, Ohio, Case No. CR 365071, having been convicted of the crime of Possession of Drugs, in violation of Revised Code Section 2925.11 of the State of Ohio and also the said Louis Jemison, with counsel, on or about the 25th day of July 1995, in the Court of Common Pleas, Cuyahoga County, Ohio, Case No. CR 319014, having been convicted of the crime of Drug Abuse, in violation of Revised Code Section 2925.11 of the State of Ohio and also the said Louis Jemison, with counsel, on or about the 19th day of March 1993, in the Court of Common Pleas, Cuyahoga County, Ohio, Case No. CR 291585, having been convicted of the crime of Drug Abuse, in violation of Revised Code Section 2925.11 of the State of Ohio.

### COUNT EIGHT — POSSESSION OF DRUGS R.C. 2925.11

The Grand Jurors, on their oaths, further find that the Defendant(s) unlawfully did knowingly obtain, possess, or use a controlled substance, to-wit: Oxycodone, a Schedule II drug, in an amount less than bulk.

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

_____
Foreman of the Grand Jury

_____
Prosecuting Attorney

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO

      **Plaintiff**

    vs.

LOUIS JEMISON

      **Defendant**

CASE NO. CR 483718

JUDGE

PETITION FOR FORFEITURE OF
SEIZED CONTRABAND TO THE
SEIZING LAW ENFORCEMENT AGENCY

Now comes the Petitioner, William D. Mason, Cuyahoga County Prosecutor, and petitions the Court for an Order of Forfeiture of all contraband seized in the criminal case pursuant to Revised Code Section 2933.43. Said contraband is described in the attached list and incorporated herein.

Petitioner states that if any seized property is titled or registered under law or if Petitioner knows or reasonably could learn the true owner of the property, Petitioner will give notice of the forfeiture proceedings to such person(s) having an ownership or security interest in the property.

Petitioner states that the seized property is needed as evidence in the underlying criminal case and requests that a contraband forfeiture hearing be scheduled no later than (45) days after the conviction.

Respectfully submitted,

WILLIAM D. MASON
CUYAHOGA COUNTY PROSECUTOR

BY: _____
      Assistant County Prosecutor

FILED

JUL 1 3 2005

GERALD E. FUERST

## SERVICE

A copy of the foregoing Petition for Forfeiture was served with the indictment by certified mail, return receipt requested to the defendant this _____ day of _____.

_____
Assistant County Prosecutor

<u>PROPERTY SEIZED</u>

DRUG CASE   X

OTHER   _____

DEFENDANT LOUIS JEMISON

CASE NO.  CR 483718

<u>PLEASE DESCRIBE IN DETAIL</u>
(including owners/lienholders
other than the defendant)

1.  $1,130.00 in U.S. currency

2.  Kyocera cell phone

3.  black/gray handbag

4.  9mm Hi-Point handgun, serial #P1249830

# CLEVELAND DIVISION OF POLICE
## CLEVELAND, OHIO
### DIVISIONAL INFORMATION

6-26-2006

DIST. N ZONE 9913

EXAMINED BY _____ RANK LT

FROM   Detective Elbin J. Negron # 1396    TO Lt. Michael Connelly # 3440

SUBJECT  Interview of Louis Jemison connection with his arrest on 6-23-2006 RMS 06-246051

COPIES TO   Unit Files

Sir:

On Sunday, June 25, 2006, at approximately 0900 hours I, Det. Negron # 1396, interviewed Mr. Louis Jemison conection with his arrest on 6-23-2006 for VSDL/CCW-Gun at E.110 and Union Ave.. The following is a synopsis of the interview.

At approximately 0900 hours in CPU, Mr. Jemison was brought into an interview room. After identifying myself as a Cleveland Police Narcotics Detective that was following up on Mr. Jemison case, I re-Mirandized Mr. Jeminson for which he stated he understood. Mr. Jemison then stated he would talk with me.

Mr. Jeminson was then asked about the traffic stop. Mr. Jemison stated he was playing loud music in "his" vehicle and was stopped at E. 110 and Union Avenue. Mr. Jemison then advised me he doesn't have a drivers license but he has privleges to drive. Furthermore, Mr. Jemison advised me while looking for his license, and opening the center console, the officer observed the handle of the handgun in the center console. Mr. Jemison then advised me he was placed in the rear of the zone car where he was placed under arrest.

When questioned about the narcotics recovered form Mr. Jemison's trunk, I advised him the officer stated it was more than 1 kilo of cocaine and a large amount of crack cocaine all packaged for sale. Mr. Jemison stated he was un aware of the weight of crack cocaine as he looked down at the table. Mr. Jemison then stated it wasn't a kilo, and then he looked me directly in the eye and stated "it's close". Mr. Jemison had an understanding of his charges and the interview was completed.

After the interview was complete Mr. Jemison was escorted back to his holding cell.

Respectfully,

Det. Elbin J. Negron # 1396

*EXHIBIT E*

FID# 369506

US MARSHALS
HO / OHIO
CLEVELAND, OHIO

AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

2006 AUG 23  A 10 48

UNITED STATES OF AMERICA

V.

LOUIS JEMISON

**WARRANT FOR ARREST**
DEPARTMENT
OF JUSTICE

Case Number:

# 1:06CR403

## JUDGE NUGENT

To: The United States Marshal
and any Authorized United States Officer

LOUIS JEMISON
Name

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

Possession with intent to distribute cocaine

in violation of Title _____ 21 _____ United States Code, Section(s) 841(a)(1) and (b)(1)(B)

Nancy A. Vecchiarelli
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

*Nancy Vecchiarelli*
Signature of Issuing Officer

08/22/06      Cleveland, Ohio
Date and Location

2007 FEB 28  PH 3:28

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| CLEVELAND, OH |

| DATE RECEIVED 8/23/06 | NAME AND TITLE OF ARRESTING OFFICER TONY GARDNER  DUSM FOR DEA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/31/06 | | |

EXHIBIT F



# Judge won't revise decision saying detective lied

**MARC PUENTE**
*Plain Dealer Reporter*

A federal judge ruled Tuesday he will not delete portions of a decision that said a Cleveland narcotics detective had lied when he testified a Shaker Heights home and witness handler.

U.S. Attorney Greg White and U.S. District Judge James S. Gwin argued the judge to delete portions of his decision. Detective Jamal the Cleveland police Department's and the federal Drug Enforcement Administration, filed in November.

EXHIBIT G



COPY FOR COURT